*(Rev. 1/12/2024)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Christine Dorribo<br>Plaintiff | Civil No.   1:25-CV-00262 |
| VS.<br>Bd. of Supervisors for UL System &<br>James Genovese<br>Defendant | Judge   Edwards<br>Magistrate Judge   Perez-Montes |

**RULE 26(f) CASE MANAGEMENT REPORT**

A meeting of counsel (and any unrepresented parties) was held on May 28, 2025, by telephone.

The following attorneys participated:
   Representing Plaintiff: Dalton Courson and Roya Khosravi
   Representing Defendants: Joshua Dara

1. **Nature of Plaintiff's Claim:** *(Identify the basic nature of Plaintiff's primary claim. For example, "employment discrimination (sex)," "personal injury (slip and fall)," "civil rights (excessive force)," "copyright infringement (software)" or "breach of contract (oil and gas)." Do not summarize or restate the allegations of the complaint.*

Employment discrimination (disability).

2. **Bench or Jury Trial:** *(Has any party demanded a trial by jury? If so, identify the pleading containing the jury demand.)*

Jury trial. Defendants requested a jury trial in their Answer, Rec. Doc. 6, at paragraph 76.

3. **Initial Disclosures:** *(Have the parties exchanged initial disclosures? If not, explain.)*

The Court's Order dated May 27, 2025 (Rec. Doc. 7), establishes a deadline of June 20, 2025, for the exchange of initial disclosures. Plaintiff has provided her disclosures to Defendants.

4. **Jurisdiction:** *(Does any party challenge the court's subject matter jurisdiction over this case? If so, briefly explain the basis for the challenge.)*

Defendants reserve the right to raise a challenge to subject matter jurisdiction.

5. **Joinder of Parties and Amendment of Pleadings:**

   A. Does any party anticipate seeking leave to amend a pleading or add a party?

Not at this time.

    B. *If so, describe briefly the anticipated amendments and identify any potential new parties and the nature of the claim against them.*

N/A

    C. *State a proposed deadline for all amendments. If any party requests a deadline that is more than 30 days after the date of the scheduling conference, provide a detailed explanation.*

July 25, 2025 (30 days after the scheduling conference)

6. **Discovery Issues:** *(Absent stipulation or leave of court, the court will enforce the limitations on discovery in the F.R.C.P., including no more than 10 depositions per side [Rule 30(a)(2)]; each deposition is limited to one day of seven hours [Rule 30(d)(2)]; and no more than 25 interrogatories per party [Rule 33(a)]. With those rules, and the issues identified in F.R.C.P. 26(f)(1)-(4), in mind:)*

    A. *Each party shall briefly describe (i) any discovery disputes the party anticipates may arise and (ii) any relief the party requests from the court in connection with the discovery issues.*

No particular discovery disputes are anticipated at this time. The parties contemplate entry of a joint protective order regarding disclosure of confidential information.

    B. *State a proposed deadline for completion of fact discovery. If any party requests a deadline that is more than 5 months after the date of the scheduling conference, provide a detailed explanation.*

The parties expect to be able to complete fact discovery within five months after the scheduling conference. The parties propose the following dates regarding discovery and a deadline for dispositive and *Daubert* motions:

Wednesday, November 26, 2025:  end of fact discovery.
Tuesday, December 23, 2025:  deadline for the disclosure of reports under Rule 26(a)(2)(B) or disclosures under Rule 26(a)(2)(C) for experts for Plaintiff.
Thursday, January 22, 2026:  deadline for the disclosure of reports under Rule 26(a)(2)(B) or disclosures under Rule 26(a)(2)(C) for experts for Defendants.
Monday, February 23, 2026:  deadline for any reports from any rebuttal experts for Plaintiff.
Monday, March 23, 2026:  deadline for completion of expert discovery.
Tuesday, April 21, 2026:   deadline for filing dispositive motions and *Daubert* motions.

7.  **Motion Practice:**

    A. *Identify all pending motions.*

None pending.

    B. *Does either party anticipate filing a case dispositive motion? If so, (i) identify the proposed motion and (ii) state a proposed deadline for dispositive motions.*

Both sides anticipate the potential for dispositive motions. Plaintiff anticipates the possibility of a motion for partial summary judgment on liability. The parties propose a deadline of April 21, 2026, for dispositive motions.

8.  **Alternative Dispute Resolution:** *(In accordance with Local Rule 16.3.1 and 28 U.S.C. '652, the parties must consider the use of alternative dispute resolution (ADR). State the position of the parties on whether this case is amenable to ADR and, if so, what form of ADR is considered most appropriate.*

Plaintiff is amenable to a settlement conference with the Magistrate Judge. Defendants do not have any settlement authority at this time but, if anything should change, remain amenable to a settlement conference with the Magistrate.

9.  **Related Cases:** *(Is this case related to another case pending in the Western District of Louisiana? If yes, give the name, docket number and a brief description of the other case.*

None.

10. **Trial by Magistrate Judge:** *(Do all parties consent to trial before the assigned magistrate judge?)*

No.

/s/ J. Dalton Courson                               /s/ Joshua J. Dara, Jr.
Signature of Attorney for Plaintiff or *Pro Se* Plaintiff     Signature of Attorney for Defendant or *Pro Se* Defendant

Name: J. Dalton Courson,                Name: Joshua J. Dara, Jr.,
      La. Bar No. 28542                       La. Bar No. 35739
Firm: Disability Rights Louisiana       Firm: Gold Weems Law Firm
Address:   8325 Oak Street              Address:   2001 MacArthur Drive
                                                   P.O. Box 6118
           New Orleans, LA 70118                   Alexandria, LA 71307-6118
Telephone: 504-208-4147                 Telephone: 318-445-6471